CSD3038
04/05

# United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

| | | |
|---|---|---|
| Walid E. Jamil and Awatif S. Jamil <br><br> Debtor(s) | BANKRUPTCY NO. | 09–05397–LT7 |
| The Vechery Family Trust DTD 10/9/84 <br><br> Plaintiff(s) <br> v. <br> Walid E. Jamil <br><br> Defendant(s) | ADVERSARY NO. | 09–90171–LT |

## NOTICE OF INTENT TO DISMISS ADVERSARY PROCEEDING
## WITHOUT PREJUDICE FOR WANT OF PROSECUTION

TO ALL PARTIES IN INTEREST:

**YOU ARE HEREBY NOTIFIED** that for the reason(s) listed below, this adversary proceeding will be dismissed without prejudice.

**More than three months have elapsed since the last action was taken in this adversary proceeding.**

**YOU ARE FURTHER NOTIFIED** that such inactivity is grounds for dismissal of this proceeding pursuant to Local Bankruptcy Rule 7041–2; and that the above–entitled adversary proceeding will be dismissed without prejudice on the twentieth day following the date of service of this notice unless Plaintiff takes action during the twenty–day[1] period either by filing the appropriate order or judgment or by noticing the matter for hearing.

You may obtain a hearing date and time by calling the Courtroom Deputy at 619–557–6018.

Dated:  8/6/09                                       Barry K. Lander
                                                     Clerk of the Bankruptcy Court

[1]If you were served electronically or by mail, you have three (3) additional days to take the above–stated actions.