1  SHARON Z. WEISS (State Bar No. 169446)
   MAX E. RAWN (State Bar No. 243795)
2  RICHARDSON & PATEL, LLP
   10900 Wilshire Boulevard, Suite 500
3  Los Angeles, CA 90024
   Telephone (310) 208-1182
4  Facsimile (310) 208-1154

5  Attorneys for The Vechery Family Trust DTD 11/9/84, Key Brands International, Ltd.,
   and AW Financial Group, LLC, Plaintiffs

6
                    UNITED STATES BANKRUPTCY COURT
7
                        Southern District of California
8

9
   In re                                )  Case No. 3:09-bk-05379-LT
10                                       )  [Chapter 7]
   WALID E. JAMIL and AWATIF S.          )
11 JAMIL,                                )
                                         )  Adv. No. 3:09-ap-90171-LT
12         Debtor.                       )
                                         )
13 _____       )  STIPULATION BETWEEN
                                         )  PLAINTIFFS AND DEFENDANTS
14 THE VECHERY FAMILY TRUST             )  DISMISSING ADVERSARY
   DTD 10/9/84, KEY BRANDS              )  PROCEEDING WITH PREJUDICE
15 INTERNATIONAL, LTD. and AW           )
   FINANCIAL GROUP, LLC,                )
16                                       )  [NO HEARING REQUIRED]
           Plaintiffs,                   )
17                                       )
   vs.                                   )
18                                       )
   WALID E. JAMIL and AWATIF S.          )
19 JAMIL,                                )
                                         )
20         Defendants.                   )
                                         )
21 _____       )

22 TO:    THE HONORABLE LAURA TAYLOR, UNITED STATES BANKRUPTCY

23        JUDGE:

24        This Stipulation is entered by and between The Vechery Family Trust DTD

25 10/9/84, Key Brands International, Ltd., and AW Financial Group, LLC (collectively the

26

H:\home\client\1778\1778.003_Stip2DismissAdv v2 proper form.wpd                    1

"Plaintiffs"), and Walid E. Jamil and Awatif S. Jamil (collectively the "Defendants"), by and through their respective attorneys of record (collectively, the "Parties"). This Stipulation is entered into with reference to the following facts:

1.      On or about April 24, 2009, the Plaintiffs filed the instant adversary action (the "Adversary Proceeding") against the Defendants (the "Complaint").

2.      On August 31, 2008, this Court scheduled a pre-trial status conference in the Adversary Proceeding for November 5, 2009.

3.      On or about September 1, 2009, the Plaintiffs and Defendants (among other parties) entered into a Settlement and Release of Claims resolving this Adversary Proceeding.

WHEREFORE, IT IS HEREBY STIPULATED by and between the Plaintiffs and Defendants, through their respective counsels that:

4.      The Adversary Proceeding is hereby dismissed with prejudice.

5.      Each party agrees to bear their own costs and attorneys' fees and costs incurred as a result of, including but not limited to, the Plaintiffs' filing of the

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

H:\Zone\client\1778\1778.003_Stip2DismissAdv v2 proper form.wpd

2

incurred as a result of, including but not limited to, the Plaintiffs' filing of the Complaint, subsequent negotiations, appearances, and any actions necessary by the Defendants or the Plaintiffs to obtain Court approval of this Stipulation.

DATED: November ___, 2009          Richardson & Patel LLP


                                   By _____
                                      SHARON Z. WEISS
                                      Attorneys for Plaintiffs


DATED: November 4, 2009            Sorem & Pastore, LLP



                                   By _____
                                      JOSEPH PASTORE
                                      Attorneys for Defendants

Complaint, subsequent negotiations, appearances, and any actions necessary by the Defendants or the Plaintiffs to obtain Court approval of this Stipulation.

1  DATED: November 4, 2009    Richardson & Patel LLP

2

3                           By  /s/ Sharon Z. Weiss

4                              SHARON Z. WEISS
                            Attorneys for Plaintiffs

5

6  DATED: November __, 2009    Sorem & Pastore, LLP

7

8                           By

9                             JOSEPH PASTORE
                            Attorneys for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# DECLARATION OF SERVICE BY MAIL

I, CHRISTOPHER WESTMAN, the undersigned, hereby declare:

I am employed in the County of Los Angeles, State of California by the firm of RICHARDSON & PATEL LLP, 10900 Wilshire Boulevard, Suite 500, Los Angeles, California 90024. I am over the age of 18 and not a party in the within action.

On November 4, 2009, I caused to be served the foregoing document described as STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

### [SEE ATTACHED SERVICE LIST]

( x )   I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed at Los Angeles, California.

(   )   Via Fax, I caused the above-referenced document(s) to be transmitted to the above-named persons.

(   )   Via Messenger Delivery

(   )   Via Overnight Mail

(   )   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( x )   (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 4, 2009 at Los Angeles, California.

_____
CHRISTOPHER WESTMAN

H:\...\home\client\1778\1778.003_Stip2DismissAdv v2 proper form.wpd

4

<u>SERVICE LIST</u>

<u>Debtors' Counsel</u>
David E. Britton
Lockhart & Britton
7777 Alvarado Road, Suite 422
La Mesa, CA 91942

<u>Chapter 7 Trustee</u>
Gregory A. Akers
P. O. Box 26219
San Diego, CA 92196

Judith Greenstone Miller
27777 Franklin Road
Suite 2500
Southfield, MI 48034

<u>United States Trustee</u>
Department of Justice
402 West Broadway #630
San Diego, CA 92101