CSD 3000C [11/15/04]
Name, Address, Telephone No. & I.D. No.
Sharon Z. Weiss (SBN: 169446)
sweiss@richardsonpatel.com
Max E. Rawn   (SBN: 243795)
sweiss@richardsonpatel.com
RICHARDSON & PATEL LLP
10900 Wilshire Boulevard, Suite 500
Los Angeles, California 90024-3503
Telephone:   (310) 208-1182

Order Entered on November 05, 2009 by Clerk U.S. Bankruptcy Court Southern District of California

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re WALID E. JAMIL and AWATIF S. JAMIL,<br><br>Debtor. | BANKRUPTCY NO.   3:09-05379-LT  LODGED |
| THE VECHERY FAMILY TRUST DTD 10/9/84, KEY BRANDS INTERNATIONAL, LTD. and AW FINANCIAL GROUP, LLC,<br><br>Plaintiff(s) | ADVERSARY NO.   3:09-90171-LT |
| v.<br>WALID E. JAMIL and AWATIF S. JAMIL,<br><br>Defendants(s) | [No Hearing Required] |

## ORDER ON

## STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through  two (2)  with exhibits, if any, for a total of  two (2)  pages, is granted.  Notice of Lodgment Docket Entry No.  11

//
//
//
//

DATED:  November 04, 2009

J[signature]

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Richardson & Patel LLP
(Firm name)

By: /s/ Sharon Z. Weiss
    Attorney for [x] Plaintiff [ ] Defendant

CSD 3000C

```
CSD 3000C [11/15/04] (Page 2)
ORDER ON STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS DISMISSING ADVERSARY PROCEEDING WITH
PREJUDICE
DEBTOR: WALID E. JAMIL and AWATIF S. JAMIL                    CASE NO.:   3:09-05379-LT
                                                              ADV. NO.:   3:09-90171-LT
```

The Court, having considered the Stipulation Between Plaintiffs and Defendants Dismissing Adversary Proceeding with Prejudice (the "Stipulation"), and for good cause appearing,

IT IS HEREBY ORDERED that,

1. The Stipulation is GRANTED.

2. The instant adversary proceeding is hereby dismissed with prejudice.

3. Each party agrees to bear their own costs and attorneys' fees and costs incurred as a result of, including but not limited to, the Plaintiffs' filing of the complaint in this adversary proceeding, subsequent negotiations, appearances, and any actions necessary by the Defendants or the Plaintiffs to obtain Court approval of the Stipulation.

CSD 3000C

*Signed by Judge Laura Stuart Taylor November 04,2009*

Case 09-90171-LT    Filed 11/05/09    Doc 15    Pg. 3 of 5

CSD 3000C [11/15/04] **(Page 3)**
ORDER ON STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE
DEBTOR: WALID E. JAMIL and AWATIF S. JAMIL                    CASE NO.: 3:09-05379-LT
                                                              ADV. NO.: 3:09-90171-LT

## DECLARATION OF SERVICE BY MAIL

I, CHRISTOPHER WESTMAN, the undersigned, hereby declare:

I am employed in the County of Los Angeles, State of California by the firm of RICHARDSON & PATEL LLP, 10900 Wilshire Boulevard, Suite 500, Los Angeles, California 90024. I am over the age of 18 and not a party in the within action.

On November 4, 2009, I caused to be served the foregoing document described as ORDER ON STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT TO MODIFY BRIEFING SCHEDULE RE DEFENDANT'S MOTION TO DISMISS COMPLAINT by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

[SEE ATTACHED SERVICE LIST]

( x )   I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed at Los Angeles, California.

(   )   Via Fax, I caused the above-referenced document(s) to be transmitted to the above-named persons.

(   )   Via Messenger Delivery

(   )   Via Overnight Mail

(   )   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

( x )   (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 4, 2009 at Los Angeles, California.

_____
CHRISTOPHER WESTMAN

CSD 3000C

*Signed by Judge Laura Stuart Taylor November 04,2009*

Case 09-90171-LT   Filed 11/05/09   Doc 15   Pg. 4 of 5

```
CSD 3000C [11/15/04] (Page 4)
ORDER ON STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS DISMISSING ADVERSARY PROCEEDING WITH
PREJUDICE
DEBTOR: WALID E. JAMIL and AWATIF S. JAMIL           CASE NO.:  3:09-05379-LT
                                                     ADV. NO.:  3:09-90171-LT
```

## SERVICE LIST

**Debtors' Counsel**
David E. Britton
Lockhart & Britton
7777 Alvarado Road, Suite 422
La Mesa, CA 91942

**Chapter 7 Trustee**
Gregory A. Akers
P. O. Box 26219
San Diego, CA 92196

Judith Greenstone Miller
27777 Franklin Road
Suite 2500
Southfield, MI 48034

**United States Trustee**
Department of Justice
402 West Broadway #630
San Diego, CA 92101

Case 09-90171-LT    Filed 11/05/09    Doc 15    Pg. 5 of 5

CSD 3000C [11/15/04] (Page 5)
ORDER ON STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE
DEBTOR: WALID E. JAMIL and AWATIF S. JAMIL                CASE NO.:  3:09-05379-LT
                                                          ADV. NO.:  3:09-90171-LT

## SERVICE LIST FOR ENTERED ORDER

<u>Debtors' Counsel</u>
David E. Britton
Lockhart & Britton
7777 Alvarado Road, Suite 422
La Mesa, CA 91942

<u>Chapter 7 Trustee</u>
Gregory A. Akers
P. O. Box 26219
San Diego, CA 92196

Judith Greenstone Miller
27777 Franklin Road
Suite 2500
Southfield, MI 48034

<u>United States Trustee</u>
Department of Justice
402 West Broadway #630
San Diego, CA 92101

<u>Plaintiff's Counsel</u>
Sharon Z. Weiss
Max E. Rawn
Richardson & Patel LLP
10900 Wilshire Blvd. Suite 500
Los Angeles, CA 90024